UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON VINEYARDS, INC. ) <br> ROBERTA WOLMAN, and ) <br> NICK PAPPAS, ) <br>   ) CIVIL ACTION <br> Plaintiffs, ) <br>   ) No. _____ <br> vs. ) <br>   ) <br> EDDIE J. JENKINS, in his official ) <br> capacity as Chairman of the Massachusetts ) <br> Alcoholic Beverages Control Commission, ) <br>   ) <br> Defendant ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Maureen E. Curran, a member of the bar of this court and attorney for Stonington Vineyards, Inc., Roberta Wolman and Nick Pappas, respectfully request pursuant to Local Rule 83.5.3 that attorneys Robert D. Epstein and James A. Tanford be permitted to appear *Pro Hac Vice* as counsel in this action.

In support thereof, I state as follows:

1. I am a member of the bar of this court. I have filed an appearance in this case, and I will be co-counsel with Mr. Epstein and Mr. Tanford.

2. Mr. Epstein and Mr. Tanford are licensed to practice by the Supreme Court of the State of Indiana and are members in good standing of the Indiana Bar, as shown by their affidavits and certificates of good standing filed herewith.

3. Mr. Epstein and Mr. Tanford are in good standing in every jurisdiction where they are admitted to practice, as shown by their affidavits filed herewith.

1

4. There are no pending disciplinary proceedings against either Mr. Epstein or Mr. Tanford in any jurisdiction in which they are admitted to practice. (See Affidavits filed herewith).

5. Mr. Tanford and Mr. Epstein have read and are familiar with the Local Rules of the United States District Court for the District of Massachusetts. (See Affidavits filed herewith).

6. This motion is being filed contemporaneously with the filing of the complaint.

WHEREFORE, Maureen E. Curran, respectfully requests that Robert D. Epstein and James A. Tanford be permitted to appear *Pro Hac Vice* as counsel in this action.

                                    Respectfully submitted,

                                    Maureen E. Curran
                                    BBO# 558826
                                    LAW OFFICE OF MAUREEN E. CURRAN
                                    50 Congress St
                                    Boston MA 02109
                                    Tel: 617-227-4100
                                    Fax: 617-227-4105
                                    maureen@maureencurran.com

Dated this 12th day of May, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON VINEYARDS, Inc., et al.<br><br>    Plaintiffs,<br><br>    vs.<br><br>EDDIE J. JENKINS,<br><br>    Defendant | )<br>)<br>) CIVIL ACTION<br>)<br>) No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

05  10982  JLT

AFFIDAVIT OF ROBERT D. EPSTEIN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

ROBERT D. EPSTEIN, being duly sworn, hereby states:

1. I am an attorney at law with my office at 50 S. Meridian St., Suite 505, Indianapolis IN 46204.

2. I was admitted to practice before the Supreme Court of the State of Indiana in 1970, and have been a member in good standing of the Indiana bar continuously since then, as evidenced by the attached Certificate of Good Standing..

3. I am in good standing in every jurisdiction in which I am admitted to practice.

4. There are no pending disciplinary proceedings against me in any jurisdiction.

5. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                               _____
                                                                ROBERT D. EPSTEIN

State of Indiana        )
County of Marion)  ss:

Subscribed and sworn to before me, this _____ day of May, 2005.

_____
Notary Public

My commission expires: __6-21-07__

My county of residence:  Marion

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, David C. Lewis, Clerk of the Supreme Court of Indiana, do hereby certify that

ROBERT DAVID EPSTEIN

is a member of the bar of said Court since admission on SEPTEMBER 16th 1970, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this 5th day of MAY, 20 05.

DAVID C. LEWIS
CLERK, SUPREME COURT OF INDIANA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON VINEYARDS, Inc. et al.<br><br>Plaintiffs,<br><br>vs.<br><br>EDDIE J. JENKINS,<br><br>Defendant | )<br>)<br>)  CIVIL ACTION<br>)<br>)  No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF JAMES A. TANFORD
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

JAMES A. TANFORD, being duly sworn, hereby states:

1. I reside at 2303 Woodstock Place, Bloomington, Monroe County, Indiana, 47401.

2. I am an attorney at law and a member of the faculty of the Indiana University School of Law, 211 S. Indiana Avenue, Bloomington, Indiana 47405.

3. On January 20, 1993, I was admitted to practice before the Supreme Court of the State of Indiana, and have been a member in good standing of the Indiana bar continuously since then, as evidenced by the attached Certificate of Good Standing..

4. I am in good standing in every jurisdiction in which I am admitted to practice.

5. There are no pending disciplinary proceedings against me in any jurisdiction.

6. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
JAMES A. TANFORD

1

State of Indiana       )
County of Monroe   ) ss:

Subscribed and sworn to before me, this __10__ day of May, 2005.

_____
Notary Public

My commission expires: __April 30, 2008__

My county of residence: Monroe

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, David C. Lewis, Clerk of the Supreme Court of Indiana, do hereby certify that

_____JAMES ALEXANDER TANFORD_____

is a member of the bar of said Court since admission on

____JANUARY 20th 1993____, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __5th__ day of __MAY__, 20 __05__.

DAVID C. LEWIS
CLERK, SUPREME COURT OF INDIANA