UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



STONINGTON VINEYARDS, INC.,
ROBERTA WOLMAN and NICK PAPPAS,

Plaintiffs,

v.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission,

Defendant.

CIVIL ACTION
NO. 05-CV-10982-JLT

## NOTICE OF APPEARANCE

Please enter on the docket our appearance as counsel for the state defendant, Eddie J.

Jenkins, Chairman of the Alcoholic Beverages Control Commission.

By his attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

Thomas A. Barnico
David Hadas
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2086

---

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party by
first class mail on May 25, 2004.

Thomas A. Barnico
Assistant Attorney General

---

Date:   May 25, 2004
H:\WPWIN60\WPDOCS\Stonington\Appearance.wpd