UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON VINEYARDS, INC., ROBERTA WOLMAN and NICK PAPPAS,<br><br>Plaintiffs,<br><br>v.<br><br>EDDIE J. JENKINS, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Control Commission,<br><br>Defendant. | CIVIL ACTION<br>NO. 05-CV-10982-JLT |

**ASSENTED-TO MOTION TO ENLARGE TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The defendant Eddie J. Jenkins, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Control Commission, respectfully moves for a brief enlargement of time, up to and including June 21, 2005, to serve an answer or other responsive pleading to plaintiff's complaint. A response is currently due on or about June 6, 2005. In support of this motion, the defendant asserts that, due to the complexities presented by this case (including the impact of the recent United State Supreme Court decision in Granholm v. Heald, 125 S. Ct. 1885 (May 16, 2005)), he requires additional time to respond to the complaint. Plaintiff has assented to the requested enlargement of time.

>Respectfully submitted,
>
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>/s/ David Hadas                    .
>Thomas A. Barnico, BBO No. 030040
>David Hadas, BBO No. 641294
>Assistant Attorneys General
>Government Bureau
>One Ashburton Place, Room 2019
>Boston, Massachusetts 02108
>(617) 727-2200, ext. 2086
>tom.barnico@ago.state.ma.us
>david.hadas@ago.state.ma.us

**Date: May 27, 2005**

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I certify that I have conferred with counsel for the plaintiff and that she has assented to the requested enlargement of time.

>/s/ Thomas A. Barnico
>Thomas A. Barnico