%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

STONINGTON VINEYARDS, INC.
ROBERTA WOLMAN and
NICK PAPPAS

**SUMMONS IN A CIVIL CASE**

V.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission

CASE NUMBER:

05-10982 JLT

TO: (Name and address of Defendant)

Eddie J. Jenkins, Chairman
Massachusetts Alcoholic Beverage Control Commission
239 Causeway Street
Boston, MA  02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Attorney Maureen E. Curran
Law Office of Maureen Curran
50 Congress Street
Boston, MA  02109
617-227-4100

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



THORNTON                                      5-12-05

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>June 27, 2005 |
| NAME OF SERVER (PRINT)<br>Attorney Maureen E. Curran | TITLE<br>Atty. for Plaintiffs |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Pursuant to Fed.R.Civ.P.4(j)(2) and Mass. Civ.R.Civ.P. 4(d)(3), service was made by Certified Mail, Return Receipt Requested with a copy of the Attorney General for the Comm. of Mass., also by certified mail. Receipts attached.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL<br>NONE |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 27, 2005          [signature]
                Date                  Signature of Server

Law Office of Maureen Curran
50 Congress Street
Boston, MA  02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**LAW OFFICE OF MAUREEN CURRAN**
**50 CONGRESS STREET**
**BOSTON, MA  02109**
617-227-4100
617-227-4105 (fax)
maureen@maureencurran.com

May 12, 2005

BY CERTIFIED MAIL/
RETURN RECEIPT REQUESTED

Chairman Eddie J. Jenkins, Jr.
Alcoholic Beverage Control Commission
239 Causeway Street
Suite 200
Boston, MA  02114

> Re:  Stonington Vineyards, Inc. et al v. Eddie J. Jenkins, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Commission, United States District Court for the District of Massachusetts, Docket No. 05-CV-10982 JLT

Dear Chairman Jenkins:

Pursuant to Fed.R.Civ.P. 4(j)(2) and Mass.R.Civ.P. 4(d)(3), I serve upon you the following documents that were filed in the United States District Court, District of Massachusetts today.

1. Complaint;
2. Civil Cover Sheet;
3. Civil Category Sheet;
4. Plaintiffs' Corporate Disclosure Statement;
5. Motion for Admission *Pro Hac Vice*;
6. Affidavit of Robert D. Epstein in Support of Motion for Admission *Pro Hac Vice*;
7. Affidavit of James A. Tanford in Support of Motion for Admission *Pro Hac Vice*;
8. Proposed Order; and
9. Summons in a Civil Case.

I have also served a copy on Attorney General Thomas Reilly by certified mail.  A copy of the cover letter to Mr. Reilly is also enclosed.

Page 2 of 2

                                            Sincerely,

                                            Maureen E. Curran

Enclosures

cc:   Attorney Robert D. Epstein (by regular mail, w/o
            enclosures).
      Attorney James A. Tanford (by regular mail, w/o
            enclosures).
      Attorney General Thomas F. Reilly, (by certified mail, w/o
            enclosures)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.

7004 2890 0002 3168 0709

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eddie J. Jenkins, Jr.
   Chairman - Alcoholic
   Beverages Control Comm.
   239 Causeway Street
   Boston, MA 02114-2130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   L. MONAHA                     5/13/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)   7004 2890 0002 3168 0709

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154