UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON VINEYARDS, INC., ROBERTA WOLMAN and NICK PAPPAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDDIE J. JENKINS, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Control Commission, et al.<br><br>    Defendant. | CIVIL ACTION<br>NO. 05-CV-10982-JLT |

**STATE DEFENDANTS' ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**

The defendants, Eddie J. Jenkins, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Control Commission, and Suzanne Iannella and Robert H. Cronin, as Associate Commissioners of the Massachusetts Alcoholic Beverages Control Commission, (the "State Defendants"), respectfully move for a brief enlargement of time, up to and including September 2, 2005, to file a response to plaintiffs' motion for judgment on the pleadings. A response is currently due on or about August 19, 2005. In support of this motion, the State Defendants assert that, due to the fact that their lead counsel will be on vacation from August 8 through August 23 as well as the press of other matters being handled, they require additional time to respond to plaintiff's motion. Plaintiffs have assented to the requested enlargement of time.

For the foregoing reasons, the State Defendants respectfully request that the Court

enlarge their time for filing a response to plaintiffs' motion for judgment on the pleadings up to, and including, September 2, 2005.

                                              Respectfully submitted,

                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL

                                              /s/ David Hadas
                                              Thomas A. Barnico, BBO No. 030040
                                              David Hadas, BBO No. 641294
                                              Assistant Attorneys General
                                              Government Bureau
                                              One Ashburton Place, Room 2019
                                              Boston, Massachusetts 02108
                                              (617) 727-2200, ext. 2086
                                              tom.barnico@ago.state.ma.us
                                              david.hadas@ago.state.ma.us

**Date:  August 15, 2005**

### LOCAL RULE 7.1(A)(2) CERTIFICATION

     Pursuant to Local Rule 7.1(A)(2), I certify that I have conferred with counsel for the plaintiffs and that she has assented to the relief requested herein.

                                              /s/ David Hadas
                                              David Hadas