UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON VINEYARDS, INC. et al. )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>EDDIE J. JENKINS, in his official capacity )<br>as Chairman of the Massachusetts Alcoholic )<br>Beverages Control Commission, )<br>)<br>*Defendants*. )<br>) | CIVIL ACTION No. 1:05cv-10982-JLT |

**NOTICE OF APPEARANCE**

Please enter the appearance of Evan T. Lawson as counsel for the Wine & Spirits Wholesalers of Massachusetts, Inc.

                                        Respectfully Submitted,
                                        WINE & SPIRITS WHOLESALERS of
                                               MASSACHUSETTS, INC.,
                                        By its attorneys,

                                        **/s/ Evan T. Lawson**
                                        Evan T. Lawson (BBO# 289280)
                                        Kathryn E. Pieczarka (BBO# 658785)
                                        LAWSON & WEITZEN, LLP
                                        88 Black Falcon Avenue, Suite 345
                                        Boston, MA 02210
                                        (617) 439-4990