UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONINGTON VINEYARDS, INC.,
ROBERTA WOLMAN and NICK PAPAS,

Plaintiffs,

v.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission, et al.,

Defendants.

CIVIL ACTION
NO. 05-CV-10982-JLT

**STATE DEFENDANTS' MOTION TO CERTIFY QUESTION
OF LAW TO MASSACHUSETTS SUPREME JUDICIAL COURT**

The defendants Eddie J. Jenkins, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Control Commission, and Suzanne Iannella and Robert H Cronin, as Associate Commissioners of the Massachusetts Alcoholic Beverages Control Commission, (the "State Defendants"), request that, to the extent this Court finds aspects of th Massachusetts Liquor Control Act, G.L. c. 138, § 1 et seq., to be unconstitutional, that it certif question of law to the Massachusetts Supreme Judicial Court pursuant to SJC Rule 1:03. Specifically, the State Defendants request that this Court certify to the Supreme Judicial Court the following question:

> Whether the Massachusetts Liquor Control Act, G.L. c. 138, § 1 et seq., which has been held by this Court to violate the Commerce Clause in certain respects, see Granholm v. Heald, 125 S. Ct. 1885 (2005), should be severed so as to eliminate the current authority for the direct sale and shipping of wine by farm-wineries or so as to eliminate the current prohibition on direct sale and shipping by out-of-state wineries.

For further elaboration upon these grounds, the State Defendants respectfully refer the

Court to the Memorandum of Law in Support of State Defendants' Opposition to Plaintiffs' Motion for Judgment on The Pleadings and Motion to Certify Question of Law submitted herewith.

          Respectfully submitted,

          By their attorneys,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          _____
          Thomas A. Barnico, BBO No. 030040
          David Hadas, BBO No. 641294
          Assistant Attorneys General
          Government Bureau
          One Ashburton Place, Room 2019
          Boston, Massachusetts 02108
          (617) 727-2200, ext. 3380
          tom.barnico@ago.state.ma.us
          david.hadas@ago.state.ma.us

Dated: September 28, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that I conferred with plaintiff's counsel on September 26, 2005 and that we attempted in good faith to resolve or narrow the issues presented in this motion.

          _____
          Thomas A. Barnico
          Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the a document was served upon the attorne record for each other party by mail (by h f)

on 9/28/05

2