UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 SEP 28  P 3: 5

DISTRICT CO
DISTRICT OF MA

STONINGTON VINEYARDS, INC.,
ROBERTA WOLMAN and NICK PAPAS,

Plaintiffs,

v.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission, et al.,

Defendants.

CIVIL ACTION
NO. 05-CV-10982-JLT

### STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS

The defendants Eddie J. Jenkins, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Control Commission, and Suzanne Iannella and Robert F Cronin, as Associate Commissioners of the Massachusetts Alcoholic Beverages Control Commission, (the "State Defendants"), hereby oppose the plaintiffs' motion for judgment on pleadings. Pursuant to Nat'l Rev. Corp. v. Violet, 807 F.2d 285 (1st Cir. 1986), decline to tal position on the constitutionality of the challenged aspects of the Massachusetts Liquor Contr Act, G.L. c. 138, § 1 et seq.,. If this Court determines that the challenged aspects of that statu are unconstitutional, the resulting question of severability should be certified to the Massachusetts Supreme Judicial Court. Alternatively, if this Court elects not to certify the question, it should sever the statute by eliminating the current authority for direct shipping by Massachusetts "farm wineries" rather than eliminating direct shipment restrictions on out-of-state wineries, as plaintiffs request. Severing the statute in this way would eliminate the alle

discrimination against interstate commerce while minimizing the impact on Massachusetts' scheme of alcohol regulation.

For further grounds the State Defendants rely on their Memorandum of Law in Suppor of State Defendants' Opposition to Plaintiffs' Motion for Judgment on The Pleadings and Motion to Certify Question of Law, submitted herewith.

    Respectfully submitted,

    By their attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    _____
    Thomas A. Barnico, BBO No. 030040
    David Hadas, BBO No. 641294
    Assistant Attorneys General
    Government Bureau
    One Ashburton Place, Room 2019
    Boston, Massachusetts 02108
    (617) 727-2200, ext. 3380
    tom.barnico@ago.state.ma.us
    david.hadas@ago.state.ma.us

Dated: September 28, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party ~~by mail~~ (by hand) on 9/28/05.

_____