UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONINGTON VINEYARDS, INC.,    *
ROBERTA WOLMAN, and NICK       *
PAPPAS,                        *
                               *
                               *
            Plaintiffs,        *
                               *
    v.                         *        Civil Action No. 05-10982-JLT
                               *
                               *
EDDIE JENKINS, Chairman of the *
Massachusetts Alcoholic Beverages Control *
Commission, SUZANNE IANNELLA, and *
ROBERT H. CRONIN, as Associate *
Commissioners of the Massachusetts    *
Alcoholic Beverages Control Commission, *
                               *
            Defendants.        *

ORDER

October 5, 2005

TAURO, J.

After a conference on October 4, 2005, this court hereby orders that:

1.    Plaintiffs' Motion for Judgment on the Pleadings [#8] is ALLOWED under the

      authority of Granholm v. Heald, 125 S.Ct. 1885 (2005), because the

      Massachusetts Liquor Control Act, Mass. Gen. Laws ch. 138 §§ 2, 18, and 19B,

      prohibits direct sales and shipments of wine from out-of-state wineries in violation

      of the Commerce Clause.

2.    Defendants are ENJOINED from further enforcing the above-referenced sections,

      without prejudice to Defendants' taking necessary steps to initiate legislation or

regulations that comply with the anti-discrimination requirements of the Commerce

Clause and <u>Granholm v. Heald</u>, 125 S.Ct. 1885 (2005).

3.     <u>Defendants' Motion to Certify Question to the Massachusetts Supreme Judicial

Court</u> [#25] is DENIED.


IT IS SO ORDERED.

    <u>/s/ Joseph L. Tauro</u>    <br/>
United States District Judge