UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONIGTON VINEYARDS, INC.,
ROBERTA WOLMAN, AND NICK
PAPPAS,
   Plaintiffs,

      v.                              CA NO:05-10982-JLT

EDDIE JENKINS, Chairman of the
Massachusetts Alcoholic Beverages Control
Commission, SUZANNE IANNELLA, and
ROBERT H. CRONIN, as Associate Commissioners
of the Massachusetts Alcoholic Beverages Commission,
      Defendants.

### JUDGMENT

TAURO,D.J.

    In accordance with the Court's ORDER of October 5, 2005

    GRANTING Plaintiff's Motion for Judgment on the Pleadings

    in the above entitled action, is hereby ORDERED:

    JUDGMENT FOR THE PLAINTIFFS: STONINGTON VINEYARDS,
INC., ROBERTA WOLMAN AND NICK PAPPAS.

/S/

Zita Lovett,
Deputy Clerk

Dated: October 17, 2005.