UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONINGTON VINEYARDS, INC.,
ROBERTA WOLMAN and NICK PAPPAS,

            Plaintiffs,

            v.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission, et al.

            Defendant.

CIVIL ACTION
NO. 05-CV-10982-JLT

**STATE DEFENDANTS' ASSENTED-TO REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEYS FEES**

      Pursuant to Fed. R. Civ. P. 6(b), the defendants, Eddie J. Jenkins, in his official capacity as Chairman of the Massachusetts Alcoholic Beverages Control Commission, and Suzanne Iannella and Robert H. Cronin, as Associate Commissioners of the Massachusetts Alcoholic Beverages Control Commission, (the "State Defendants"), respectfully request a brief enlargement of time, up to and including December 9, 2005, to file a response to plaintiffs' motion for attorneys' fees. A response is currently due on or about December 1, 2005. In support of this motion, the State Defendants assert that, due to the shortened Thanksgiving holiday week as well as the press of other matters being handled, they require additional time to respond to plaintiffs' motion. Plaintiffs have assented to the requested enlargement of time.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ David Hadas
Thomas A. Barnico, BBO No. 030040
David Hadas, BBO No. 641294
Assistant Attorneys General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2086
tom.barnico@ago.state.ma.us
david.hadas@ago.state.ma.us

**Date:  November 21, 2005**

LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I certify that I have conferred with counsel for the plaintiffs and that she has assented to the relief requested herein.

/s/ David Hadas
David Hadas