UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONINGTON VINEYARDS, INC.,
ROBERTA WOLMAN and NICK PAPAS,

                Plaintiffs,

                v.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission, et al.,

                Defendants.

CIVIL ACTION
NO. 05-CV-10982-JLT

**JOINT MOTION FOR ENTRY OF JUDGMENT ON
PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

      The parties to the above-captioned case move this Court for entry of judgment resolving Plaintiffs' Motion for Attorneys' Fees upon the following terms:

      1.     Defendants agree to pay the sum of $18,000 in attorneys' fees and costs to plaintiffs in full satisfaction of plaintiffs' claim for attorneys' fees and costs in this case.

      2.     If the amount specified above is not paid by the date that is 90 days following entry of a judgment in substantial form to that submitted herewith, the defendants shall also pay plaintiffs interest on the specified sum which interest shall begin to accrue, at the rate provided by 28 U.S.C. § 1961, on such date.

Respectfully submitted:

*For the plaintiffs:*                                                                                   *For the defendants:*

**/s/ Robert D. Epstein**                                                                      **/s/ David Hadas**
Robert D. Epstein (Bar No. 6726-49)                                              Thomas A. Barnico
EPSTEIN COHEN DONAHOE & MENDES                                    David Hadas
50 S. Meridian St., Suite 505                                                              Assistant Attorneys General
Indianapolis IN  46204                                                                        One Ashburton Place, Rm 2019
Tel: (317) 639-1326                                                                              Boston MA  02108
Fax: (317) 638-9891                                                                            Tel. 617-727-2200 ext 3380
Rdepstein@aol.com                                                                            Fax 617-727-3076
                                                                                                                  tom.barnico@ago.state.ma.us
James A. Tanford (Bar No. 16982-53 )                                            david.hadas@ago.state.ma.us
INDIANA UNIV. SCHOOL OF LAW
211 South Indiana Avenue
Bloomington, IN    47405
Tel:  812-855-4846
Fax:  812-855-0555
tanford@indiana.edu

Maureen E. Curran (BBO# 558826)
LAW OFFICE OF MAUREEN E. CURRAN
50 Congress St
Boston MA 02109
Tel:  617-227-4100
maureen@maureencurran.com


**Date:   December 9, 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONINGTON VINEYARDS, INC.,
ROBERTA WOLMAN and NICK PAPAS,

            Plaintiffs,

            v.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission, et al.,

            Defendants.

CIVIL ACTION
NO. 05-CV-10982-JLT

## **JUDGMENT**

Upon joint motion of the parties, it is hereby ORDERED:

1.     Defendants shall pay the sum of $18,000 in attorneys' fees and costs to plaintiffs.

2.     Plaintiffs shall accept the amount specified in paragraph 1 in full satisfaction of their claim for attorneys' fees and costs in this case.

3.     If the amount specified above is not paid by the date that is 90 days following entry of this Judgment, the defendants shall also pay plaintiffs interest on the specified sum which interest shall begin to accrue, at the rate provided by 28 U.S.C. § 1961, on such date.

IT IS SO ORDERED.

                                                                 _____
                                                                 United States District Judge