UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONINGTON VINEYARDS, INC.,
ROBERTA WOLMAN and NICK PAPAS,

    Plaintiffs,

v.

EDDIE J. JENKINS, in his official capacity as
Chairman of the Massachusetts Alcoholic
Beverages Control Commission, et al.,

    Defendants.

CIVIL ACTION
NO. 05-CV-10982-JLT

## JUDGMENT

Upon joint motion of the parties, it is hereby ORDERED:

1.     Defendants shall pay the sum of $18,000 in attorneys' fees and costs to plaintiffs.

2.     Plaintiffs shall accept the amount specified in paragraph 1 in full satisfaction of their claim for attorneys' fees and costs in this case.

3.     If the amount specified above is not paid by the date that is 90 days following entry of this Judgment, the defendants shall also pay plaintiffs interest on the specified sum which interest shall begin to accrue, at the rate provided by 28 U.S.C. § 1961, on such date.

IT IS SO ORDERED.

United States District Judge