UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONINGTON VINEYARDS, INC., et al. ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | No. 1:05-cv-10982-JLT |
| vs. ) | |
| ) | |
| EDDIE J. JENKINS, et al., ) | |
| ) | |
| Defendant ) | |

**NOTICE OF SETTLEMENT**
**AND REQUEST THAT CASE BE CLOSED**

The parties have reached a settlement agreement with respect to plaintiffs' motion for attorneys' fees, and all terms of that agreement have been performed. The agreement fully disposes of the only remaining matter in this case, so the plaintiffs request that the case should now be closed.

April 20, 2006                                    Respectfully submitted,

/s/ **James A. Tanford**
James A. Tanford (Indiana Bar No. 16982-53)
INDIANA UNIVERSITY SCHOOL OF LAW
211 South Indiana Avenue
Bloomington, IN  47405
Tel:  812-855-4846
Fax:  812-855-0555
tanford@indiana.edu

Robert D. Epstein (Indiana Bar No. 6726-49)
EPSTEIN COHEN DONAHOE & MENDES
50 S. Meridian St., Suite 505
Indianapolis IN  46204
Tel: (317) 639-1326

Fax: (317) 638-9891
Rdepstein@aol.com

Maureen E. Curran (BBO# 558826)
LAW OFFICE OF MAUREEN E. CURRAN
50 Congress St
Boston MA 02109
Tel:  617-227-4100
maureen@maureencurran.com

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Notice was filed electronically on the 20th day of April, 2006.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's PACER system.

Thomas A. Barnico<br>
David Hadas<br>
Assistant Attorneys General<br>
One Ashburton Pl., Room 2019<br>
Boston MA  02108<br>
*Attorneys for Defendants Jenkins et al*

**/s/  James A. Tanford**
James A. Tanford (Attorney No. 16982-53)
Indiana University School of Law
211 South Indiana Avenue
Bloomington, IN    47405
Tel:  812-855-4846
Fax:  812-855-0555
tanford@indiana.edu